FILED 19 FEB '26 12:38 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:26-cr- 00039-MC |
| v. | **INDICTMENT** |
| WILLIAM LEE VOLLENDROFF, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(viii))**

On or about February 7, 2026, in the District of Oregon, defendant **WILLIAM LEE VOLLENDROFF** did unlawfully and knowingly possess, with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

### FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant **WILLIAM LEE VOLLENDROFF** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid

violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: February 19, 2026

A TRUE BILL.

███████████████████

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ ARD*

ANDREW R. DOYLE, OSB #123086
Special Assistant United States Attorney